IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICOLE CIACCIO,**<br><br>*Plaintiff*<br><br>v.<br><br>**UPPER SAUCON TOWNSHIP, et al.,**<br><br>*Defendants* | **Case No. 5:23-cv-02863-JDW** |

### ORDER

**AND NOW**, this 1st day of May, 2025, upon consideration of Defendants' Joint Motion For Summary Judgment (ECF No. 49), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to each of Ms. Ciaccio's claims against Officer Thomas Della Sala, Upper Saucon Township, and the Borough of Coopersburg;

2. The Motion is **GRANTED** with respect to Ms. Ciaccio's claim for intentional infliction of emotional distress in Count VII of her Second Amended Complaint; and

3. The Motion is **DENIED** with respect to the remaining claims against Chief Thomas Nicoletti, Officer William Carvounis, Lt. Michael Fritts, and Det. Brian McLaughlin, consistent with the reasoning set forth in the Memorandum.

It is **FURTHER ORDERED** that each of Ms. Ciaccio's claims against Officer Christopher Litz is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.
